UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMANTHA MANCINAS, aka Samantha Arechiga,<br><br>Plaintiff,<br><br>v.<br><br>GENUINE PARTS COMPANY, dba Napa Auto Parts,<br><br>Defendant. | No. 1:19-cv-01481-DAD-BAM<br><br>ORDER DISMISSING CERTAIN CLAIMS WITH PREJUDICE AND LIMITING THE PROPOSED CLASS<br><br>(Doc. No. 17) |

On April 4, 2020, the parties filed a stipulation with the court in which they agreed to the dismissal with prejudice of a set of plaintiff's claims, as well as to limit the putative class in this action. (Doc. No. 17.) Specifically, plaintiff has agreed not to pursue her "rounding claims"—her First, Second, Fourth, and Fifth causes of action. (*Id.* at 2.) Moreover, the parties have agreed that plaintiff will not include in the putative class or classes any individuals who have signed arbitration agreements in connection with their current or former employment with defendant. (*Id.*)

Having reviewed the parties' stipulation, and good cause appearing:

1. Plaintiff's First, Second, Fourth, and Fifth causes of action are dismissed with prejudice as to plaintiff Mancinas only; and

/////

1

2. Plaintiff shall not include in any putative class in this action any individuals who have signed arbitration agreements in connection with their current or former employment with defendant.

IT IS SO ORDERED.

Dated: **April 6, 2020**

　　　　　　　　　　　　　　　　　　／s／ Dale A. Drozd
UNITED STATES DISTRICT JUDGE